AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| HC3 Enterprises, LLC, a Texas Limited Liability Company, <br><br> *Plaintiff(s)* <br><br> v. <br><br> DOMINATOR LLC, a California Limited Liability Company; DOMINATOR INDUSTRIES, LLC, a California Limited Liability Company; (See attachment #1) <br><br> *Defendant(s)* | Civil Action No. 8:24-cv-00327 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DOMINATOR LLC
18047 Beach Blvd.
Huntington Beach, California 92648
DOMINATOR INDUSTRIES LLC
18981 Crimson Cir.
Huntington Beach, California 92646
(See attachment #2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Marc E. Hankin
HANKIN PATENT LAW, APC
11414 Thurston Circle
Los Angeles, CA 90049

Marc@HankinPatentLaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 8:24-cv-00327

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____  
_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

MARC E. HANKIN (SBN: 170505)
E-Mail: Marc@HankinPatentLaw.com
ANOOJ PATEL (SBN: 300297)
E-Mail: Anooj@HankinPatentLaw.com
**HANKIN PATENT LAW,**
A Professional Corporation
11414 Thurston Circle
Los Angeles, CA 90049
Tel: (310) 979-3600/Fax: (310) 979-3603

Attorneys for PLAINTIFF,
**HC3 Enterprises, LLC**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HC3 Enterprises, LLC, a Texas Limited Liability Company,<br><br>Plaintiff<br><br>v.<br><br>DOMINATOR LLC, a California Limited Liability Company; DOMINATOR INDUSTRIES, LLC, a California Limited Liability Company; DOMINATOR INDUSTRIES CYCLES LLC, a California Limited Liability Company; DOMINATOR TRUCKING LLC, a California Limited Liability Company; Thomas Tubbiola, an Individual; Michael Tubbiola, an Individual; and DOES 1-5;<br><br>Defendants. | CASE No. 8:24-cv-00327<br><br>**COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION**<br><br>**DEMAND FOR JURY TRIAL** |

## COMPLAINT FOR TRADEMARK INFRINGEMENT
## AND UNFAIR COMPETITION

Plaintiff HC3 Enterprises, LLC dba Hill Country Custom Cycles ("HC3" or "Plaintiff"), for its Complaint for Trademark Infringement and Unfair Competition against Defendants DOMINATOR LLC ("Dominator"), DOMINATOR INDUSTRIES LLC ("Dominator Industries"), DOMINATOR INDUSTRIES CYCLES LLC ("Dominator Industries Cycles"), DOMINATOR TRUCKING LLC ("Dominator Trucking"), Thomas Tubbiola, and Michael Tubbiola (hereafter collectively "Defendants"), alleges as follows:

UNITED ST ATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

HC3 Enterprises, LLC v. DOMINATOR LLC et al
Case No. 8:24-cv-00327

ATTACHMENT #2 TO SUMMONS

**DEFENDANTS TO BE SERVED:**

DOMINATOR LLC
18047 Beach Blvd.
Huntington Beach, California 92648

DOMINATOR INDUSTRIES LLC
18981 Crimson Cir.
Huntington Beach, California 92646

DOMINATOR INDUSTRIES CYCLES LLC
19744 Beach Blvd., 378
Huntington Beach, California 92648

DOMINATOR TRUCKING LLC
19744 Beach Blvd, 378
Huntington Beach, California 92648

Thomas Tubbiola
18981 Crimson Cir.
Huntington Beach, California 92646

Michael Tubbiola
18981 Crimson Cir.
Huntington Beach, California 92646